IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01804-RBJ-KLM

CLOVIS VIGIL,

    Plaintiff,

v.

KIEL PETKOFF,
JOHN SALAZAR, and
THE CITY OF WALSENBURG, COLORADO,

    Defendants.

---

### MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Joint Motion to Enter Stipulated Protective Order as an Order of the Court** [Docket No. 28; Filed January 28, 2012] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [#28-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: January 30, 2012