**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.      11-CV-01804-RBJ-KLM

CLOVIS VIGIL,

Plaintiff,

v.

KIEL PETKOFF,
JOHN SALAZAR, AND
THE CITY OF WALSENBURG, COLORADO,

Defendants.

## ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE

THIS MATTER, comes before the Court upon a Stipulated Dismissal with Prejudice, and the Court being fully advised of the matters set forth therein;

DOES HEREBY ORDER the dismissal of all claims against the City of Walsenburg, with prejudice, each party to pay his or its own costs and attorney fees. By issuing this Order, this case is resolved in its entirety because a dismissal of all claims against Defendants Petkoff and Salazar was previously filed. As such, the Court hereby closes this case.

DATED this 10th day of August, 2012.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge